DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 2019-65 |
| | ) | |
| SAMUEL ELIAS PENA COLUMNA and | ) | |
| RAMMER ANDRES GUERRERO-MORALES | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ATTORNEYS:

**Gretchen C.F. Shappert, United States Attorney**
**George A. Massucco-LaTaif, AUSA**
**Juan Albino, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
    *For the United States of America,*

**Michael L. Sheesley**
MLSPC
St. Thomas, U.S.V.I.
    *For Samuel Elias Pena Columna,*

**Yohana M Manning**
Christiansted, U.S.V.I.
    *For Rammer Andres Guerrero-Morales.*

<u>ORDER</u>

GÓMEZ, J.

On December 9, 2019, the Court held a status conference in
this matter. At that status conference, the Court and the
parties discussed the omnibus hearing set for December 11, 2019.
Rammer Andres Guerrero-Morales ("Guerrero-Morales") confirmed
that he does not have any pending motions to suppress requiring
resolution at that hearing. Additionally, counsel for Guerrero-

Morales indicated that Guerrero-Morales waives his presence at that hearing. As such, Guerrero-Morales requests that he and his counsel be excused from appearing at the December 11, 2019, omnibus hearing in this matter.

The premises considered, it is hereby

**ORDERED** that Guerrero-Morales's motion to be excused from the December 11, 2019, omnibus hearing is **GRANTED.**


S_____
              **Curtis V. Gómez**
              **District Judge**