DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:19-cr-0065 |
| ) | |
| **RAMMER ANDRES GUERRERO-MORALES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the magistrate judge recommending that the Court accept Rammer Andres Guerrero-Morales' ("Guerrero-Morales") plea of guilty to Counts Five and Six of the Indictment, charging a violation of 18 U.S.C. § 924(c)(1)(A)(iii) and § 111(a)(1) and (b). (ECF No. 224.) After conducting a *de novo* review of the record and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Court finds that Defendant Guerrero-Morales entered his guilty plea knowingly and voluntarily, and that there was a factual basis for the plea. The Court, therefore, will adopt the Report and Recommendation and find Guerrero-Morales guilty as to Counts Five and Six of the Indictment. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 224) is **ADOPTED;** it is further

**ORDERED** that Defendant Guerrero-Morales' plea of guilty as to Count Five and Six of the Indictment is **ACCEPTED,** and that Defendant Guerrero-Morales is adjudged **GUILTY** on those counts; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than February 3, 2022; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than February 17, 2022; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than March 3, 2022; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than March 17, 2022; it is further

**ORDERED** that a sentencing hearing shall be held on Thursday, March 24, 2022, at 9:30 a.m. in St. Thomas Courtroom No. 1.

**Date:** December 17, 2021                                  /s/ *Robert A. Molloy*
                                                              **ROBERT A. MOLLOY**
                                                              **Chief Judge**